Argued and submitted July 26,
appeal dismissed August 11, 1982

In the Matter of Approving a Settlement
between The Oregon Country Fair and
Lane County, Oregon.
LANE COUNTY,
*Appellant,*
*v.*
The OREGON COUNTRY FAIR,
*Respondent.*
(No. 16-81-10971, CA A23256)
648 P2d 1361

John Hoag, Assistant County Counsel, Lane County Office of Legal Counsel, Eugene, argued the cause and filed the brief for appellant.

Jill Heiman, Eugene, waived appearance for respondent.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

## PER CURIAM.

Respondent The Oregon Country Fair filed a complaint in the federal District Court against appellant. That cause was settled by a stipulation wherein appellant agreed to pay a sum of money to respondent. The parties presented the settlement agreement to the Lane County Circuit Court pursuant to ORS 30.290. The court refused to approve the settlement, and appellant filed a notice of appeal in this court. Subsequently, the parties presented a new settlement agreement to the circuit court that was approved. Respondent moves to dismiss the appeal as moot. Appellant, while agreeing that a settlement has been approved, contends that we should decide the issues raised because of the importance of the issues. We decline the invitation.

Appeal dismissed.